# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAEJOHN SMITH,<br><br>            Plaintiff,<br><br>     v.<br><br>WESTLAKE SERVICES, LLC,<br><br>            Defendant. | Case No.  1:21-cv-00908-NONE-SAB<br><br>ORDER RE STIPULATION TO SUBMIT MATTER TO ARBITRATION<br><br>(ECF No. 7) |

This action was filed on June 8, 2021.  (ECF No. 1.)  On August 19, 2021, the parties filed a stipulation to submit this matter to arbitration pursuant to the terms of the contract underlying the litigation.  (ECF No. 7.)

Accordingly, IT IS HEREBY ORDERED that:

1. This action is STAYED pending arbitration;
2. The parties shall file a joint notice informing the Court of the status of arbitration every **one hundred eighty (180) days**; and

/ / /

/ / /

/ / /

/ / /

/ / /

1

3. Within **fourteen (14) days** of the completion of arbitration, the parties shall file a notice informing the Court that arbitration has been completed and notice of dismissal of the action if appropriate.

IT IS SO ORDERED.

Dated: __**August 20, 2021**__

UNITED STATES MAGISTRATE JUDGE

2