# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAEJOHN SMITH,<br><br>    Plaintiff,<br><br>    v.<br><br>WESTLAKE SERVICES, LLC,<br><br>    Defendant. | Case No.  1:21-cv-00908-NONE-SAB<br><br>ORDER VACATING ALL MATTERS AND REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 11)<br><br>SIXTY-DAY DEADLINE |

      This action was filed on June 8, 2021.  (ECF No. 1.)  On August 20, 2021, the Court stayed this matter pending arbitration.  (ECF No. 8.)  On November 22, 2021, Plaintiff filed a notice of settlement.  (ECF No. 11.)  The notice of settlement indicates that the dispute between the parties has been resolved and the parties anticipate filing a joint stipulation to dismiss within sixty days.  (Id.)  Plaintiff requests all pending dates and filing requirements with regard to Defendant be vacated.  (Id.)  Plaintiff does not submit any request with respect to the deadline for the parties to file dispositional documents.  (See id.)

      Pursuant to Local Rule 160, the Court is required to fix a date for dispositional documents to be filed within twenty-one (21) days, absent good cause shown to extend such time. E.D. Cal. L.R. 160(b).  While the parties do not expressly request an extended deadline to file dispositional documents, the Court nevertheless finds good cause exists to extend the deadline to file dispositional documents in this action based on the filing deadline of the parties' anticipated stipulation to dismiss and the procedural posture of this action.  However, the parties

are reminded that "[a] failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions. Id. (citing E.D. Cal. L.R. 272).

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and
2. The parties shall file dispositional documents within **sixty (60) days** of entry of this order.

IT IS SO ORDERED.

Dated:   **November 23, 2021**

UNITED STATES MAGISTRATE JUDGE

2